```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO

TIESHA D. COLE,                    )    CASE NO. 1:06 CV 2474
                                   )
        Plaintiff,                 )    JUDGE PATRICIA A. GAUGHAN
                                   )
    v.                             )
                                   )    JUDGMENT ENTRY
VILLAGE OF NEWBURGH HTS. POLICE    )
    DEPT.,                         )
                                   )
        Defendant.                 )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.  Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 11/20/06